UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NATO HERNANDEZ-ALVARADO,<br><br>    Defendant. | Criminal No. 05-CR-1991-L<br><br>**ORDER OVERRULING AS MOOT DEFENDANT'S OBJECTION TO THE IMPOSITION OF SUPERVISED RELEASE** |

On October 27, 2006, Defendant Nato Hernandez-Alvarado filed an objection to the Probation Department's recommendation that he be sentenced to a term of supervised release. Defendant was sentenced, however, on August 14, 2006, thus his objection post-dates his sentencing by more than two months. Accordingly, Defendant's objection is **OVERRULED AS MOOT**.

The Court declines to construe Defendant's objection as a motion pursuant to 28 U.S.C. § 2255 because he alleges no constitutional infirmity nor illegality regarding the term of supervised release actually imposed. Defendant merely alleges that the imposition of supervised release is discretionary and may only occur after a sentencing hearing at which the district court considers specific sentencing factors. As the record demonstrates Defendant was afforded a sentencing hearing during which he was represented by counsel, the Court can find no potential

1  claim of constitutional error or illegality, even under the most liberal construction of Defendant's
2  objection. As such, the Court will take no further action at this time.
3  **IT IS SO ORDERED**.
4
5  DATED: May 4, 2007
6
   _____
7  M. James Lorenz
   United States District Court Judge